IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUIDO JAVIER PAZ ANDRADE** : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| **DAVID O'NEILL**, Field Office Director of : | |
| Enforcement and Removal Operations, : | |
| Philadelphia Field Office, Immigration and : | |
| Customs Enforcement, **KRISTI NOEM**, : | |
| Secretary, U.S. Department of Homeland : | |
| Security, **PAMELA BONDI**, U.S. Attorney : | |
| General, **JAMAL L. JAMISON**, Warden of : | |
| Philadelphia Federal Detention Center : | NO. 25-7032 |

### ORDER

**NOW**, this 15th day of December, 2025, upon consideration of petitioner Guido Javier Paz Andrade's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that:

1. No later than **December 18, 2025**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

2. No later than **December 22, 2025**, the petitioner shall file a reply to the respondents' opposition.

3. Petitioner Guido Javier Paz Andrade shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

_____
TIMOTHY J. SAVAGE, J.